

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00846-CR

Xavier T. **SATTIEWHITE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10118W
Honorable Ray Olivarri, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 8, 2014.

_____
Patricia O. Alvarez, Justice